UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| VINCENT A. CALLENDER, | ) | CASE NO. CV 12-7481-DMG (PJW) |
| Petitioner, | ) ) ) | JUDGMENT |
| v. | ) ) | |
| WILLIAM KNIPP, WARDEN, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: January 30, 2014

*Dolly M. Gee*
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE